UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

v.

Travis Malik Galtney,

          Defendant.

Crim. No. 19-332 (MJD/BRT)

**SECOND PRE-HEARING ORDER**

A hearing on the pending motions (Doc. Nos. 19-25, 56) is now set for **May 24, 2022**, beginning at **1:00 p.m.** in **Courtroom 3A in St. Paul**, Minnesota. A hearing on the motions at Docket Nos. 19-25 was previously noticed for March 3, 2020, but Defendant failed to appear and the hearing was not held; the hearing was continued. (Doc. No. 39.)

**1.**    **Motions.**

       Defendant Galtney has filed a motion to suppress evidence (Doc. No. 25), various discovery motions (Doc. Nos. 20, 21, 22, 23, 24), and a motion to dismiss the Indictment (Doc. No. 56). The Government has filed a motion for discovery (Doc. No. 19), its Response to Defendant's motion to suppress evidence and the various discovery motions (Doc. No. 31), and its response to the motion to dismiss the Indictment (Doc. No. 66).

       The Court understands that counsel has started to meet and confer regarding the pending motions, but could utilize additional meet and confer. Therefore, the Court directs counsel to further meet and confer regarding all of the above motions. Following the meet and confer, Defendant's counsel must inform the Court no later than **May 19, 2022**, as to whether he still seeks to maintain each motion. If Defendant does not seek to maintain a motion (or a part of a motion), counsel must file a letter stating his intent to withdraw that motion (or part of that motion). If the parties are in agreement that a motion, or part of a motion, is now moot, they must state so in the letter filed with the Court.

2. **Witnesses.** After meeting and conferring, please further confirm how many witnesses, if any, will be called no later than **May 19, 2022**, by providing a joint email to chambers at thorson_chambers@mnd.uscourts.gov.

3. **Attorneys.** Counsel shall notify the Court via e-mail to thorson_chambers@mnd.uscourts.gov by **May 19, 2022**, if more than one attorney will be present representing a party.

4. **Anticipated Observers.** Counsel shall notify the Court via e-mail to thorson_chambers@mnd.uscourts.gov by **May 19, 2022**, if they expect more than 10 observers to be present for the proceeding.

5. **Exhibits:**

    The Court thanks counsel for submitting hearing exhibits to the Court on May 6, 2022 as previously ordered. The Court understands that there may be additional exhibits to be submitted. The Court therefore extends the date by which to submit exhibits as follows.

    a. **Documents.** Counsel shall pre-mark and make .pdf copies of all such possible exhibits that they may seek to introduce at the hearing, and e-mail one complete set thereof to the Court at thorson_chambers@mnd.uscourts.gov **no later than May 19, 2022**. Counsel shall also e-mail one complete set of .pdf copies of all such potential pre-marked exhibits to opposing counsel **no later than May 19, 2022**.

    b. **Video/Audio Recordings.** Counsel shall pre-mark and make electronic copies (whether by DVD, USB drive, or similar electronic media) of all such possible exhibits that they may seek to introduce at the hearing, and send one complete set thereof to the Court **to arrive no later than May 19, 2022**. Counsel shall also send one complete set of all such potential pre-marked exhibits to opposing counsel **to arrive no later than May 19, 2022.**

**SO ORDERED.**

Dated: May 10, 2022                                *s/ Becky R. Thorson*
                                                                    BECKY R. THORSON
                                                                    United States Magistrate Judge