# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 19-332 (MJD/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Travis Malik Galtney, | |
| Defendant. | |

This matter is before the Court on Defendant's "Motion to Accept Late Memorandum." (Doc. No. 81.) Defendant filed his reply memorandum in support of dismissal of the indictment for a speedy trial violation on June 6, 2022, after the June 3, 2022 deadline. (Doc. No. 80.) He now moves for an order granting leave to file *ex post facto*. The Court perceives no prejudice to the Government from the filing delay. Accordingly, Defendant's motion for leave to file after the deadline is **GRANTED**.

**IT IS SO ORDERED.**

Date: June 6, 2022

 *s/ Becky R. Thorson*
 BECKY R. THORSON
 United States Magistrate Judge