# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 19-332 (MJD/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Travis Malik Galtney, | |
| Defendant. | |

Chelsea A. Walcker, Esq., Benjamin Bejar, Esq., United States Attorney's Office, counsel for Plaintiff.

Jordan S. Kushner, Esq., CJA, counsel for Defendant.

This action came before the Court on July 21, 2022, for a hearing on various pretrial motions related to Count 2 in the Superseding Indictment. Based on the file and documents contained herein, along with the memoranda and arguments of counsel, the Court makes the following Order:

**1.     Defendant's Motions to Suppress Evidence and Statements**.

Defendant's motions seek an order suppressing (1) any evidence obtained as a result of the stop, search and seizure of Defendant and the vehicles that he occupied on January 8, 2020 and January 9, 2022 and (2) his statements from an interrogation of him by law enforcement agents on January 8, 2020. The Government opposes both motions. Both parties have conferred and agree that Defendant's suppression challenge of the January 9, 2022 stop is moot. (Doc. No. 94.) Defendant requested post-hearing briefing on the

remaining issues. Defendant shall file his post-hearing brief no later than **August 18, 2022**, and the Government shall file its response by **September 1, 2022**. Defendant may also file a reply brief by **September 8, 2022**. The Court will take Defendant's Second Motion to Suppress Evidence **(Doc. No. 83)** and Defendant's Motion to Suppress Statements **(Doc. No. 84)** under advisement on **September 8, 2022**, and issue a **Report and Recommendation** to the District Court.

    2.    **Defendant's Supplemental Motion for Discovery**. Defendant also filed a motion renewing his previously filed motions demanding discovery, including but not limited to Docs. 20–25, and additionally requested all audio and video recordings of the stops and arrests of him on January 8, 2020 and January 9, 2022, and all video recordings of his interrogations by law enforcement agents. Both parties have conferred and confirmed that this motion is moot. (Doc. No. 94.) Accordingly, Defendant's supplemental motion for discovery **(Doc. No. 85)** is **DENIED** as moot.

    3.    The voir dire, jury instructions, and trial related motions due date, along with the trial date, are to be determined by District Judge Michael J. Davis.

Date:  July 22, 2022                                          *s/ Becky R. Thorson*
                                                                          BECKY R. THORSON
                                                                          United States Magistrate Judge